**KILOPASS TECHNOLOGY, INC.,**
**Plaintiff–Appellant,**

v.

**SIDENSE CORPORATION,**
**Defendant–Appellee.**

**No. 2013–1009.**

United States Court of Appeals,
Federal Circuit.

April 10, 2013.

Mark L. Hogge, SNR Denton US, LLP, of Washington, DC, argued for plaintiff-appellant. With him on the brief were

Shailendra K. Maheshwari, Rachel Repka, Khaliq A. Imran and Andrew Blair. Of counsel was James A. Klenk.

Roger L. Cook, Kilpatrick Townsend & Stockton, LLP, of San Francisco, CA, argued for defendant-appellee. With him on the brief were Robert D. Tadlock and Sara B. Giardina. Of counsel was Joshua Hamilton Lee, of Atlanta, GA.

RADER, Chief Judge, LOURIE, and O'MALLEY, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**